U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV 13 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DENNIS BERNARD BATES, JR. | CIVIL ACTION NO. 08-cv-1457 |
| VERSUS | JUDGE WALTER |
| COMMUNITY BANK OF LOUISIANA | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___13___ day of ___Nov___, 2008.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE